RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARTIN H. NOVILLO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Martin_Novillo@fd.org

Attorney for Eric L. Powell

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Eric L. Powell,<br><br>Defendant. | Case No. 2:25-mj-00696-NJK<br><br>Order Granting Stipulation to Vacate Hearing |

On June 9, 2024, Mr. Powell was charged by Notice of Violation with six counts: **(1)** Presence in a park area when under the influence of alcohol or a controlled substance (a violation of 36 CFR 2.35(c)); **(2)** Interference, threatening, resisting, intimidating, or intentionally interfering with a government employee or agent engaged in an official duty, or on account of the performance of an official duty (a violation of 6 CFR 2.32(a)(1)); **(3)** Violating the lawful order of a government employee or agent authorized to maintain order and control public access (a violation of 36 CFR 2.32(a)(2)); **(4)** Disorderly conduct (a violation of 36 CFR 2.34 (a)(l)); and **(5 and 6)** Violating a closure, designation, use or activity restriction or condition, schedule of visiting hours, or public use limit (a violation of 36 CFR l.5(f)). (ECF No. 1)

Mr. Powell entered a plea agreement on March 11, 2026. (ECF No. 20) Under that agreement, Mr. Powell pleaded guilty to Citations E1992216 and E1992217, and

Citations E1992211, E1992212, E1992213, and E1992214 were dismissed. *(Id.)* Mr. Powell was sentenced as follows:

> Citation # E1992216: $30 processing fee and $10 penalty assessment; and
>
> Citation # E1992217: Attend/ Complete Anger Management Counseling with an alcohol component.

*(Id.)*

Mr. Powell has completed all outstanding sentencing obligations in accordance with his plea agreement and sentence. Accordingly, the parties agree that the status hearing set for July 16, 2026 at 1:30 p.m., can be vacated.

Dated: July 2, 2026.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States |
| */s/ Martin H. Novillo*<br>Martin H. Novillo<br>Assistant Federal Public Defender | */s/ Joseph Sciscento*<br>Joseph Sciscento<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Eric L. Powell,<br>Defendant. | Case No. 2:25-mj-00696-NJK-1<br>**ORDER** |

The Court finds that Mr. Powell has completed all outstanding sentencing obligations in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status hearing scheduled on July 16, 2026 at 1:30 p.m., be vacated.

IT IS FURTHER ORDERED this case is closed.

DATED this 14th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE